IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) JORGE REVEROL-RIVERA<br>**2) RAYMOND HERNANDEZ-GARCIA**<br>Defendants | CRIMINAL 11-0119CCC |

**O R D E R**

Having considered the Report and Recommendation filed on August 29, 2011 (**docket entry 50**) on a Rule 11 proceeding of co-defendant Raymond Hernández-García (2) held before U.S. Magistrate Judge Camille L. Vélez-Rivé on August 29, 2011, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Raymond Hernández-García (2) is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since August 29, 2011. The sentencing hearing is set for December 7, 2011 at 4:30 PM.

SO ORDERED.

At San Juan, Puerto Rico, on August 31, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge